AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

MARTIN CAMPOS

Case No.      2:25CR20006-001

USM No.      73427-509

James B. Pierce
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations ___1, 2, and 4___ of the term of supervision

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #1: New Law Violation | 08/30/2025 |
| 2 | Mandatory Condition #2: Unlawful Possession of a Controlled Substance | 08/30/2025 |
| 4 | Special Condition #9: Must Complete 400 hours of Community Service | 09/03/2025 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2985

Defendant's Year of Birth:      1997

City and State of Defendant's Residence:
      Fort Smith, Arkansas

March 27, 2026
Date of Imposition of Judgment

/s/Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
Name and Title of Judge

March 30, 2026
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        CAMPOS, MARTIN
CASE NUMBER:      2:25CR20006-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Eighteen (18) months imprisonment, with credit for time served in federal custody. There is no term of supervised release to follow.**

☒  The court makes the following recommendations to the Bureau of Prisons: Confinement at FCI El Reno or as close to Fort Smith, Arkansas as possible.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m.    on _____ .

    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒  before 2 p.m. on ___June 3, 2026___ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL